SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(Email: Sean_Kennedy@fd.org)

_____
Deputy Federal Public Defender
(Email: _____)
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone (951) 276-\_\_\_\_\_
Facsimile (951) 276-6368

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 13-548m |
|---|---|
| Plaintiff, | **Assertion of Fifth and Sixth Amendment Rights** |
| v. | |
| Kawaun Marquez Scott | |
| Defendant. | |

    I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

X _(signature)_
(Defendant's signature)

Jeffrey Aaron
(Attorney's name printed)

_(signature)_
(Attorney's signature)

Date: 11/15/13                    Time: 3:10 a.m./p.m.

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY