1  R.E. SCOTT
   R.E. SCOTT & ASSOCIATES
2  CBN 67465/DCBN 425778
         WSBN 24709
3  Maple Business Park
   125 Business Center Dr. Ste. C
4  Corona, California 92880-6921
   Telephone 951/273-9730
5  Telecopier 951/273-9734

6  Attorneys for Defendant NEKEYIA WEATHERSPOON

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )
                                          ) CASE NO.: ED CR 13-116 VAP
12                                        ) (2)
                                          )
13                    Plaintiff,          ) DEFENDANT'S SUBMISSION
                                          ) OF SENTENCING LETTER
14 vs.                                    )
                                          )
15                                        )
   NEKEYIA NECOLE WEATHERSPOON,           )
16                                        )
                      Defendant.          )
17                                        )
   _____)
18

19
       The defendant herein hereby submits the attached sentencing letter for the Court's
20
   consideration at sentencing.
21
   ////                                                                          ////
22

-1-

Honorable Judge Phillips,

As I write this letter a 22 year old young lady who has been through some of the most overwhelming situations, but never have I lost faith. I stood in the mind, body, and soul of a victim of being lost in what I believed was love, but now understand was lust. I stand with my head held high because it was a mistake of adolescence. The things I've experienced these past 3 years physically, mentally, and emtionally some stories the mind would yet to believe or understand. I stand with my head held high because I never lost faith. After the abuse that broke me, the spit that made me feel worthless, and the fear that has me here today, I keep faith in the lord who knows me like no other, I still apologize for my vulnerable mind set. In Genesis 37-45 it speaks of a man named Joseph and as Joseph was thrown in a pit I was, as Joseph was sold I was, and as Joseph was imprisoned I was. All I ask is for a second chance to have exsitence in my son's life so his path can be of love and not lust, and so my daughter can see a better sight of life then I did. Although I am not a bad person, but I was in a bad place in the past I am working on me and my self-esteem. I want a future for myself so I can do everything possible to never leave my children side again, I need them in my life to function, and they never been without me and my selfish need for man caused my absence in thier life. So my goals are to get my education, and make it through this time with a sound sane mind so I can start over with knowing what mistake not to do again and give them two the most positive secure life I can. With the help of God and my family I know I can accomplish all my dreams as Joseph did. Thank You for taking the time out to read my letter.

Sincerly,
NieKeyia Weatherspoon
7-16-14